UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THOMAS CLEMENTS | CIVIL ACTION NO. 6:20-cv-00821 |
| VERSUS | JUDGE SUMMERHAYS |
| HANCOCK WHITNEY BANK, BY MERGER WITH MIDSOUTH BANCORP | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that defendant Hancock Whitney Bank's motion to dismiss (Rec. Doc. 3) is DENIED, the plaintiff Thomas Clements shall file an amended complaint not later than twenty-one days after the date of this judgment, and Hancock Whitney is granted leave of court to file another motion to dismiss following its review of the amended complaint if such a motion is necessary and appropriate, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 16th day of December, 2020.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE